```
GLENN M. CLARK # 91371
MILLER, CLARK, CALVERT & OBENOUR
2222 Martin Luther King Jr. Way
Berkeley, California 94704
(510) 848-7200 FAX (510) 848-3500
email mccoattys@hotmail.com

Attorney for Plaintiff Allen
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY ALLEN<br><br>    Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration<br><br>    Defendant._____/ | Civil No. 06-7547 MJJ<br><br>**STIPULATION AND ORDER EXTENDING TIME** |

Plaintiff filed his Motion for Summary Judgement or Remand on March 30, 2007. According to the Procedural Order for Social Security Cases, Defendant's counter motion must be filed on April 29, 2007, and Plaintiff's reply is due 14 days thereafter. Counsel for Plaintiff will be out of the country when the reply brief is due, i.e. from April 25, 2007 until May 22, 2007. Plaintiff therefore requests that briefing schedule be extended for 30 days so that Plaintiff will have an opportunity to file a timely reply. Plaintiff requests an extension until May 29, 2007 for the filing of the Government's counter motion and an extension until June 12, 2007 for the filing of Plaintiff's reply brief.

//

```
                              Respectfully submitted,



DATED:  4/9/07                 s/
                              GLENN M. CLARK
                              Attorney for Plaintiff


    Defendant hereby stipulates to the requested extension of
time.




DATE:   4/11/07                s/
                              SHEA L. BOND
                              Special Assistant United States Attorney

                                    ORDER

    UPON THE APPLICATION OF THE PARTIES AND GOOD CAUSE APPEARING,
IT IS ORDERED that the time for Defendant to file his brief is
extended to May 29, 2007 and the time for Plaintiff to reply is
extended to June 12, 2007.




DATE:   April 23, 2007
                              HON. MARTIN J. JENKINS
                              JUDGE OF THE UNITED
                              STATES DISTRICT COURT



[allea.ext]gmc#94a



        STIP. AND ORDER EXTENDING TIME   C-06-07547 MJJ  - 2 -
```